MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
BRITTANY M. GUNTER
JEFFREY A. SPIVAK
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jul 14, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1238 WEST ROBIN DRIVE, VISALIA, CA 93291 | CASE NO. 1:25-sw-00149-EPG<br><br>SEALING ORDER |

The United States having moved this Court for an order permitting it to file under seal the search warrant, application and affidavit, motion to seal, and all related papers in the above-captioned proceedings, and good cause appearing thereof,

IT IS HEREBY ORDERED that the search warrant, search warrant application and affidavit, motion to seal and this Order in the above-entitled proceeding, shall not be disclosed to any person, unless otherwise ordered by this Court.

DATED: **Jul 13, 2025**

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE