KIMBERLY A. SANCHEZ
Acting United States Attorney
ARELIS M. CLEMENTE
BRITTANY M. GUNTER
JOSEPH D. BARTON
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jul 22, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1238 WEST ROBIN DRIVE, VISALIA, CA 93291 | CASE NO. 1:25-SW-00149-EPG<br><br>UNSEALING ORDER |

The United States having moved this Court for an order permitting the unsealing of the search warrant, application and affidavit, motion to seal and sealing order, and all related papers in the above-referenced matter.

IT IS HEREBY ORDERED that the search warrant, search warrant application and affidavit, motion to seal, sealing order, and this motion in the above-entitled proceeding, shall be disclosed, unless otherwise ordered by this Court.

IT IS SO ORDERED.

Dated:  **July 22, 2025**            /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE